## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
## COLUMBIA DIVISION

| | |
|---|---|
| Kathy Santandreu as Personal Representative of the Estate of Stephen Cooper Gunnells, Jr., <br> Plaintiff, <br><br> vs. <br><br> Colonial Management Group, LP d/b/a Columbia Metro Treatment Center, <br><br> Defendant. | Civil Action No. 3:16-cv-03042-TLW |
| Stephen Gunnells and Kimberly G. Compton as Personal Representatives of the Estate of Harry C. Gunnells and the Estate of Barbara New Gunnells, <br> Plaintiffs, <br><br> vs. <br><br> Colonial Management Group, LP d/b/a Columbia Metro Treatment Center, <br><br> Defendant. | Civil Action No. 3:16-cv-03302-TLW <br><br> **JOINT MOTION TO HAVE SETTLEMENT APPROVED BY STATE COURT** |

Plaintiffs Kathy Santandreu, Stephen Gunnells, and Kimberly G. Compton (collectively "Plaintiffs"), together with Defendant Colonial Management Group, LP, d/b/a Columbia Metro Treatment Center ("Colonial") (collectively, "Parties"), respectfully jointly move the Court, pursuant to S.C. CODE ANN. § 15-51-42, and other applicable law, for permission to have the settlement agreement reached by the Parties approved in state court, as authorized by S.C. Code Ann. § 15-51-42(2)(D). Plaintiffs are the duly authorized personal representatives, as defined in S.C. CODE ANN. § 62-1-201(30), and have reached an agreement with Colonial to resolve these matters without admission of liability, subject to the approval required under § 15-51-42.

2

Accordingly, the Parties respectfully ask that this Court issue its Order transferring the cases to state circuit court for consideration and approval of the proposed settlement reached.

Respectfully submitted this 4th day of September, 2018.

| ATTORNEYS FOR PLAINTIFF<br>KATHY SANTANDREU | ATTORNEYS FOR COLONIAL<br>MANAGEMENT GROUP, LP |
|---|---|
| s/Richard A. Harpootlian<br>Richard A. Harpootlian   Fed. ID No. 1730<br>rah@harpootlianlaw.com<br>Christopher P. Kenney  Fed. ID No. 11314<br>cpk@harpootlianlaw.com<br>RICHARD A. HARPOOTLIAN, P.A.<br>1410 Laurel Street (29201)<br>Post Office Box 29202<br>Columbia, South Carolina 29202<br>(803-252-4848<br>(803) 252-4810 (facsimile) | s/Susan P. McWilliams<br>Susan P. McWilliams     Fed. ID No. 3351<br>smcwilliams@nexsenpruet.com<br>Mark Carroll Moore         Fed. ID 4956<br>mmoore@nexsenpruet.com<br>Sara S. Svedberg       Fed. ID 11928<br>ssvedberg@nexsenpruet.com<br>NEXSEN PRUET, LLC<br>1230 Main Street, Suite 700 (29201)<br>Columbia, South Carolina 29202<br>(803) 253-8221<br>(803) 727-1476 |
| William N. Nettles   Fed. ID No. 06586<br>bill@billnettleslaw.com<br>Bill Nettles, Attorney at Law<br>2008 Lincoln Street<br>Columbia, South Carolina 29201<br>(803) 814-2826 | |

ATTORNEYS FOR STEPHEN GUNNELLS AND KIMBERLY G. COMPTON

s/Mark B. Tinsley
Mark B. Tinsley  Fed. ID No. 7160
mark@goodingandgooding.com
Gooding & Gooding
P.O. Box 1000
265 Barnwell Avenue
Allendale, South Carolina 29801
(803) 584-7676
(803) 584-3614 (facsimile)