**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| Kathy Santandreu as Personal Representative of the Estate of Stephen Cooper Gunnells, Jr.,<br>                Plaintiff,<br><br>    vs.<br><br>Colonial Management Group, LP<br>d/b/a Columbia Metro Treatment Center,<br><br>                Defendant. | Civil Action No. 3:16-3042-TLW |
| Stephen Gunnells and Kimberly G. Compton as Personal Representatives of the Estate of Harry C. Gunnells and the Estate of Barbara New Gunnells,<br>                Plaintiffs,<br><br>    vs.<br><br>Colonial Management Group, LP<br>d/b/a Columbia Metro Treatment Center,<br><br>                Defendant. | Civil Action No. 3:16-3302-TLW<br><br>**ORDER** |

Plaintiff Kathy Santandreu, the duly appointed the Personal Representative of the Estate of Stephen Cooper Gunnells, Jr., Plaintiffs Stephen Gunnells and Kimberly G. Compton, the Personal Representatives of the Estates of Harry C. Gunnells and Barbara New Gunnells (collectively "Plaintiffs"); together with Defendant Colonial Management Group, LP, d/b/a Columbia Metro Treatment Center ("Colonial") (collectively, "Parties"), moved the Court [ECF Nos. 135, 78] to have the settlement reached by the Parties approved in state court pursuant to S.C. CODE § 15-51-42. The Parties seek an Order, as authorized by S.C. CODE § 15-51-42(2)(D), transferring the cases to Lexington County Circuit Court, where the underlying accident occurred, for consideration and approval of the proposed settlement reached by the Parties.

2

The Court notes that settlement approval is mandated by state law, not federal law. Further, the relevant state statute provides that "for any actions pending in federal courts . . . the federal court . . . may issue an order transferring the case to state court for consideration of the proposed settlement." *See* S.C. CODE § 15-51-42(2)(D). Accordingly, for good cause shown, the Court finds that it is appropriate to transfer these two cases to Lexington County Circuit Court for consideration and approval of the settlement.

**IT IS SO ORDERED**.

                                                      *s/Terry L. Wooten*
                                                    Terry L. Wooten
                                                    Chief United States District Judge

September 7, 2018
Columbia, South Carolina